In the Matter of the Arbitration between EMPIRE MUTUAL INSURANCE COMPANY, Appellant, and VIOLET LEVY, Respondent.—

Concur — Capozzoli, J. P., Nunez, Steuer and Macken, JJ.